NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE RAMBUS, INC.**

---

2013-1426

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination Nos. 95/000,250 and 95/001,124.

---

**ON MOTION**

---

**O R D E R**

Micron Technology, Inc. moves unopposed to withdraw from this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The United States Patent and Trademark Office ("PTO") is directed to inform this court within 30 days from the date of this order whether it wishes to intervene in this appeal.

(3) If the PTO elects to participate as intervenor, its brief shall be served within 40 days of the date of its

notice. Rambus, Inc. ("Rambus") may file its reply brief within 14 days of the date of service of the PTO's brief.

(4) If the PTO elects to not participate, Rambus shall file its appendix within 10 days of the date of PTO's notice.

>                         FOR THE COURT
>
>                         /s/ Daniel E. O'Toole
>                         Daniel E. O'Toole
>                         Clerk of Court

s26

cc: United States Patent and Trademark Office